

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Russell Aaron Hester v. The State of Texas

Appellate case number:   01-18-00764-CR

Trial court case number: 17-CR-2105

Trial court:              10th District Court of Galveston County

The State's brief was originally due on November 26, 2018. The Court granted two extensions until February 27, 2019. When the Court granted the last extension, the Court warned that no further extensions would be granted.

On February 27, 2019, the State requested a third extension. The motion for extension is **denied**. The State's brief is due **on or before March 8, 2019**. No extensions will be granted.

It is so ORDERED.


Judge's signature: ___/s/ Justice Richard Hightower_____
                    ☑ Acting individually     ☐ Acting for the Court


Date: __March 5, 2019__